On Motion for Rehearing En Banc

The motion for rehearing en banc filed by appellees on December 29, 2009, the response of the appellants thereto, and the request for a vote by a judge in regular active service on this court have been considered by all judges of the court who are in regular active service and who are not disqualified. See rule 9.331(d)(a), Fla. R.App. P. Less than a majority of those judges have voted in favor of rehearing en banc. Accordingly, the motion for rehearing en banc is denied.
WOLF, KAHN, WEBSTER, BENTON, VAN NORTWICK, PADOVANO and CLARK, JJ., concur. LEWIS and WETHERELL, JJ., dissent. THOMAS, J., dissents with opinion with which HAWKES, C.J., and ROBERTS, ROWE and MARSTILLER, JJ., concur.